Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/24/2014**

**Chapter 13 Case # 10-49627**

Re:   ALFRED M. TOSCANO                                    Atty:   MICHELLE LABAYEN
      MICHELE A. TOSCANO                                           LAW OFFICES OF MICHELLE LABAYEN PC
      11 MERKLIN AVENUE                                            ONE GATEWAY CENTER
      WEST ORANGE,  NJ  07052                                      26TH FLOOR
                                                                   NEWARK, NJ  07102

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $38,000.00**

## RECEIPTS AS OF 01/24/2014    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/13/2011 | $200.00 | 280030973 | 02/09/2011 | $200.00 | 280034778 |
| 03/10/2011 | $200.00 | 280034826 | 04/08/2011 | $400.00 | 280034883 |
| 05/23/2011 | $400.00 | 280034903 | 06/16/2011 | $400.00 | 280034898 |
| 07/26/2011 | $400.00 | 280001444 | 08/23/2011 | $400.00 | 18686956724 |
| 10/04/2011 | $400.00 | 18023287566 | 11/04/2011 | $400.00 | 280034991 |
| 12/19/2011 | $400.00 | 18686986874 | 01/31/2012 | $400.00 | 280034995 |
| 03/09/2012 | $400.00 | 280037301 | 04/04/2012 | $1,900.00 | 270138053 |
| 05/02/2012 | $700.00 | 280037306 | 05/11/2012 | $700.00 | 280037309 |
| 06/20/2012 | $700.00 | 280037275 | 08/02/2012 | $700.00 | 280037376 |
| 09/06/2012 | $700.00 | 280037366 | 09/19/2012 | $700.00 | 20162232573 |
| 11/06/2012 | $700.00 | 280037391 | 12/10/2012 | $700.00 | 280037410 |
| 01/07/2013 | $700.00 | 280037426 | 01/29/2013 | $700.00 | 280037418 |
| 02/27/2013 | $700.00 | 20446554734 | 03/26/2013 | $700.00 | 20051518860 |
| 04/25/2013 | $700.00 | 20446593726 | 06/04/2013 | $700.00 | 20446597271 |
| 06/26/2013 | $700.00 | 280037492 | 07/30/2013 | $700.00 | 20756729136 |
| 08/27/2013 | $700.00 | 20756735910 | 09/24/2013 | $700.00 | 20998931174 |
| 10/25/2013 | $700.00 | 280052077 | 11/27/2013 | $700.00 | 20998945844 |
| 01/02/2014 | $700.00 | 21412600481 | | | |

**Total Receipts: $21,200.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $21,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/24/2014    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| Marie-Ann Greenberg | | | | | | |
| | 03/24/2011 | $35.20 | 624,202 | 04/21/2011 | $11.60 | 626,136 |
| | 05/19/2011 | $23.20 | 627,881 | 06/23/2011 | $23.20 | 630,180 |
| | 07/20/2011 | $23.20 | 631,605 | 09/14/2011 | $46.40 | 634,890 |
| | 11/16/2011 | $30.40 | 639,034 | 12/14/2011 | $30.40 | 640,939 |
| | 01/18/2012 | $30.40 | 643,603 | 03/21/2012 | $30.40 | 8,000,000 |
| | 04/16/2012 | $30.40 | 8,000,001 | 05/16/2012 | $144.40 | 8,000,002 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 06/18/2012 | $71.40 | 8,000,003 | 07/16/2012 | $35.70 | 8,000,004 |
| | 09/07/2012 | $18.20 | 8,000,006 | 10/15/2012 | $91.00 | 8,000,007 |
| | 12/17/2012 | $45.50 | 8,000,009 | 01/22/2013 | $45.50 | 8,000,010 |
| | 02/19/2013 | $91.00 | 8,000,011 | 03/18/2013 | $45.50 | 8,000,012 |
| | 04/15/2013 | $45.50 | 8,000,014 | 05/20/2013 | $45.50 | 8,000,016 |
| | 07/12/2013 | $49.00 | 8,000,023 | 09/16/2013 | $49.00 | 8,000,031 |
| | 10/21/2013 | $41.30 | 8,000,035 | 11/18/2013 | $41.30 | 8,000,039 |
| | 12/16/2013 | $41.30 | 8,000,043 | | | |
| **STATE OF NJ** | | | | | | |
| | 09/14/2011 | $48.04 | 635,967 | 11/16/2011 | $40.61 | 640,076 |
| | 12/14/2011 | $40.61 | 641,999 | 01/18/2012 | $40.61 | 644,093 |
| | 03/21/2012 | $40.61 | 648,283 | 04/16/2012 | $40.61 | 650,359 |
| | 05/16/2012 | $192.90 | 652,344 | 06/18/2012 | $145.99 | 654,597 |
| | 07/16/2012 | $72.99 | 656,795 | 09/07/2012 | $74.92 | 661,006 |
| | 10/15/2012 | $143.83 | 663,253 | 12/17/2012 | $71.92 | 667,804 |
| | 01/22/2013 | $71.92 | 670,161 | 02/19/2013 | $143.83 | 672,442 |
| | 03/18/2013 | $71.92 | 674,547 | 04/15/2013 | $71.91 | 676,807 |
| | 05/20/2013 | $71.92 | 679,211 | 07/12/2013 | $148.44 | 684,216 |
| | 09/16/2013 | $148.45 | 688,867 | 10/21/2013 | $72.38 | 691,327 |
| | 11/18/2013 | $72.37 | 693,570 | 12/16/2013 | $72.38 | 695,719 |
| **WELLS FARGO BANK, N.A.** | | | | | | |
| | 09/14/2011 | $389.16 | 636,236 | 11/16/2011 | $328.99 | 640,898 |
| | 12/14/2011 | $328.99 | 642,922 | 01/18/2012 | $328.99 | 645,054 |
| | 03/21/2012 | $328.99 | 649,315 | 04/16/2012 | $328.99 | 650,606 |
| | 05/16/2012 | $1,562.70 | 653,348 | 06/18/2012 | $1,182.61 | 655,645 |
| | 07/16/2012 | $591.31 | 657,786 | 09/07/2012 | $606.88 | 662,013 |
| | 10/15/2012 | $1,165.17 | 664,343 | 12/17/2012 | $582.58 | 668,878 |
| | 01/22/2013 | $582.58 | 671,298 | 02/19/2013 | $1,165.17 | 673,426 |
| | 03/18/2013 | $582.58 | 675,542 | 04/15/2013 | $582.59 | 677,876 |
| | 05/20/2013 | $582.58 | 680,378 | 07/12/2013 | $1,202.56 | 684,632 |
| | 09/16/2013 | $1,202.55 | 689,407 | 10/21/2013 | $586.32 | 691,862 |
| | 11/18/2013 | $586.33 | 694,024 | 12/16/2013 | $586.32 | 696,175 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,215.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFNI, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ASSET ACCEPTANCE | UNSECURED | 7,013.63 | * | 0.00 | |
| 0003 | ECAST SETTLEMENT CORPORATION | UNSECURED | 10,933.26 | * | 0.00 | |
| 0004 | FORD MOTOR CREDIT CO | UNSECURED | 2,201.79 | * | 0.00 | |
| 0005 | GE MONEY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | GEMB/JCP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND FUNDING LLC | UNSECURED | 306.17 | * | 0.00 | |
| 0008 | IMAGING CONSULTANTS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | UNITED STATES TREASURY/IRS | UNSECURED | 8,276.89 | * | 0.00 | |
| 0010 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 483.31 | * | 0.00 | |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 893.58 | * | 0.00 | |
| 0012 | MANDEE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MONARCH RECOVERY SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | PENTAGROUP FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUEST DIAGNOSTIC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | TOWNSHIP OF WEST ORANGE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | WELLS FARGO BANK, N.A. | MORTGAGE ARR | 16,735.01 | 100.00% | 15,384.94 | |
| 0020 | AMERICAN INFOSOURCE LP | UNSECURED | 327.26 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0021 | AFNI, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | FORD MOTOR CREDIT CO | UNSECURED | 535.72 | * | 0.00 | |
| 0023 | STATE OF NJ | UNSECURED | 571.70 | * | 0.00 | |
| 0024 | STATE OF NJ | SECURED | 2,065.81 | 100.00% | 1,899.16 | |

**Total Paid: $20,500.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17 , 2014.

Receipts: $21,200.00    -    Paid to Claims: $17,284.10    -    Admin Costs Paid: $3,215.90    =    Funds on Hand: $700.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.